## United States Bankruptcy Court
### Eastern District of Tennessee

In re **Janet Elaine Hamill**    Case No. **17-11381 NWW**
Debtor(s)    Chapter **11**

# AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s) or statement(s) are transmitted herewith:
**Amend Creditor Matrix to include the following addresses:**

**Cole MT Ringgold GA LLC**
**c/o Vereit, Inc.**
**2325 E. Camelback Road, Suite 1100**
**Phoenix, AZ 85016**

**Richard T. Avis, Esq.**
**PO Box 31579**
**Chicago, IL 60631**

**and to Remove the following address:    Kenneth Nolan**

### NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Federal Rule of Bankruptcy Procedure 1009(a), I certify that notice of the filing of the amendment(s) listed above has been given this date to any and all entities affected by the amendment as follows:    **United States Trustee**

Date: **April 11, 2017**

**/s/ W. Thomas Bible, Jr.**
**W. Thomas Bible, Jr. 014754**
Attorney for Debtor(s)
**Law Office of W. Thomas Bible, Jr.**
**6918 Shallowford Road, Suite 100**
**Chattanooga, TN 37421**
**(423) 424-3116 Fax:(423) 499-6311**
**tom@tombiblelaw.com or melinda@tombiblelaw.com**

### CERTIFICATE OF SERVICE

I hereby certify that on **April 11, 2017**, a copy of Notice of Bankruptcy was served electronically or by regular United States mail to all interested parties, the Trustee and all creditors listed below.

**Cole MT Ringgold GA LLC**
**c/o Vereit, Inc.**
**2325 E. Camelback Road, Suite 1100**
**Phoenix, AZ 85016**

**Richard T. Avis, Esq.**
**PO Box 31579**
**Chicago, IL 60631**

**/s/ W. Thomas Bible, Jr.**
**W. Thomas Bible, Jr. 014754**

.

Janet Elaine Hamill
PO Box 668
Ringgold, GA 30736

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

A & O Air, Inc.
7841 Old Lee Highway
Ooltewah, TN 37363

ADS Security Services
5819 Winding Lane, Suite B
Hixson, TN 37343

Advanced ID Detection LLC
23 Jayar Road
Medway, MA 02053

Advandeme, Inc.
2015 Vaughn Road Bldg 500
Kennesaw, GA 30144

AT & T
c/o Bankruptcy
1801 Valley View Lane
Farmers Branch, TX 75234

Auto Owners Insurance
PO Box 30315
Lansing, MI 48909

Awa Collections
Awa Collections
1045 W Katella Ave
Orange, CA 92867

Awa Collections
Po Box 6605
Orange, CA 92863

Baker & Hostetler, LLP
Suntrust Center, Suite 2300
200 South Orange Avenue
Orlando, FL 32801-3432

Battlefiled Imaging
1949 Gunbarrel Road, Suite 170
Chattanooga, TN 37421

Buhrman Law Firm, PC
345 Frazier Avenue, Suite 210
Chattanooga, TN 37405

```
C&C Medical
1384 Battlefield Parkway
Fort Oglethorpe, GA 30742

Capital Bank
PO Box 2146
Fort Oglethorpe, GA 30742

Catoosa County Chamber of Commerce
265 Catoosa Circle
Ringgold, GA 30736

CENLAR
PO Box 77404
Trenton, NJ 08628

Cenlar FSB
Attn:  FC Department
425 Phillips Blvd.
Trenton, NJ 08618

Central Loan Adminstration & Reporting
425 Phillips Blvd
Ewing, NJ 08618

Chase Card
Attn: Correspondence Dept
Po Box 15298
Wilmington, DE 19850

Chattanooga Coca Cola Bottling Company
PO Box 11407
Drawer 2260
Birmingham, AL 35246-2260

Chattanooga Emergency Med PLLC
PO Box 94274
Oklahoma City, OK 73143-4274

Chattanooga Emergency Medicine
c/o AWA Collections
P.O. Box 6605
Orange, CA 92863

Chattanooga Fire Protection
PO Box 948
Kenoza Lake, NY 12750

Chattanooga Heart Institute
2501 Citico Avenue
Chattanooga, TN 37404
```

Chattanooga Heart Institute
Memorial Health Institute, LLC
PO Box 1366
Chattanooga, TN 37401

Chattanooga Times
PO Box 190
Chattanooga, TN 37401

CHI Memorial
Memorial Hospital Hixson
Box 830913
Birmingham, AL 35283-0913

Choo Choo Rooter Sewer & Drain
PO Box 1369
Ringgold, GA 30736

Cintas
Bar Credit Services, Inc.
5151 E. Broadway Blvd
Suite 800
Tucson, AZ 85711

City of Chattanooga
Office of the City Treasurer
Room 100, City Hall, 101 E 11th Street
Chattanooga, TN 37402

City of Chattanooga Waste Resources
P.o. Box 591
Chattanooga, TN 37401-0591

Cole MT Ringgold GA LLC
c/o Vereit, Inc.
2325 E. Camelback Road, Suite 1100
Phoenix, AZ 85016

Dale's Heating-Cooling-Pumbling
PO Box 359
Ooltewah, TN 37363

Dependable Security Systems
506 Craven Road
Ringgold, GA 30736

Diagnostic Imaging Consultants
601 Dodds Avenue
Chattanooga, TN 37404

Direct TV Corporate Office
2230 E. Imperial Hwy
El Segundo, CA 90245

Disney Vacaction Development, Inc.
PO Box 470727
Kissimmee, FL 34747-0727

Disney Vacation Development, Inc.
1390 Celebration Boulevard, 3rd Floor
Kissimmee, FL 34747

EPB Fiber Optics
PO Box 182251
Chattanooga, TN 37422

Fast Point Collection Resource Inc.
PO Box 26140
Greensboro, NC 27402-6140

General Service Bureau
5807 N 102nd Street
Omaha, NE 68134

Georgia Department of Revenue
Taxpayer Services Divsion
P.O. Box 740321
Atlanta, GA 30374

Hale-Performance Food Group
5262 Air Park Blvd
Morristown, TN 37813

Hamilton County Trustee
Attention: Bankruptcy Department
625 Georgia Avenue Room 210
Chattanooga, TN 37402

I Heart Media
7413 Old Lee Highway
Chattanooga, TN 37421

Imperial Advance
247 West 36th Street, 2nd Floor
New York, NY 10018

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

J & J Property Group
16793 Highland Lane
Northville, MI 48168

Jason L. Webb, DDS
7102 Nashville Street
Ringgold, GA 30736

Kenneth Nolan

Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197-4102

Markel, von Kessler & Cox
735 Broad Street, Suite 804
Chattanooga, TN 37402

Medicredit
P.O. Box 1629
Maryland Heights, MO 63043

Memorial Hospital
2525 de Sales Avenue
Chattanooga, TN 37404

Memorial Hospital of Chattanooga
P.O. Box 644492
Pittsburgh, PA 15264

Memorial Hospital Pro Fee
PO Box 116426
Atlanta, GA 30368

Merchant Capital Source
2120 Main Street #220
Huntington Beach, CA 92648

MRS BPO
1930 Olney Avenue
Cherry Hill, NJ 08003

Narendra and Shashi Madon
1919 Riverwood Drive
Hixson, TN 37343

NEXTeraMD
5600 Brainerd Rd, Suite 500
Chattanooga, TN 37411

Optima Recovery Servic
6215 Kingston Pike
Ste A
Knoxville, TN 37950

Optima Recovery Servic
6215 Kingston Pk Ste A
Knoxville, TN 37919

Parkridge Bone & Joint
P.O. Box 740776
Cincinnati, OH 45274

```
Parkridge Bone and Joint
3 Maryland Farms, Ste. 250
Brentwood, TN 37027

Pendrick Partner
79 Warren Street
Suite 3
Glens Falls, NY 12801

Phelan Hallinan Diamond & Jones, PLLC
11675 Great Oaks Way, Ste. 375
Alpharetta, GA 30022

PNC Mortgage
Po Box 8703
Dayton, OH 45401

Richard T. Avis, Esq.
PO Box 31579
Chicago, IL 60631

RMB Inc.
409 Bearden Park Circle
Knoxville, TN 37919-7448

Sam's Club Credit
PO Box 965004
Orlando, FL 32896-5004

South Central A\V
703 Dallas Rd.
Chattanooga, TN 37405

Spring Creek Emergency Phys, PLLC
c/o Equian
PO Box 32710, Dept 7168665
Louisville, KY 40232-2710

Supreme Restaurant Equipment
7917 Old Lee Highway
Ooltewah, TN 37363

Tammy Combs
Assistant U.S. Attorney
1110 Market Street, Suite 515
Chattanooga, TN 37402

Tennessee Department of Revenue
Tennessee Attorney Generals Office
Bankruptcy Unit
426 5th Avenue, 2nd Floor
Nashville, TN 37243-0489
```

```
Toyota Motor Credit Co
Toyota Financial Services
Po Box 8026
Cedar Rapids, IA 52408

Toyota Motor Credit Co
750 Old Hickory Bv
Brentwood, TN 37027

WCI of TN, Cleveland
386 Industrial Drive
Cleveland, TN 37311

Wells Fargo Dealer Services
Attn: Bankruptcy
Po Box 19657
Irvine, CA 92623

Wells Fargo Dealer Services
Po Box 1697
Winterville, NC 28590

Window Genie
4710 Hixson Pike, Suite 16
Hixson, TN 37343

YourTVads.com
3330 Cobb Parkway NW, Suite 17-252
Acworth, GA 30101
```