# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## SOUTHERN DIVISION

| | |
|---|---|
| In Re: <br>     JANET ELAINE HAMILL <br><br><br><br>    **Debtors.** | CHAPTER: 11 <br><br> CASE NO.: 17-11381 <br><br> JUDGE: NICHOLAS W. WHITTENBURG |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Comes now Nationstar Mortgage LLC, ("Creditor"), by and through its undersigned counsel, and requests that its counsel be added to the mailing matrix in this case as to receive copies of all Notices and Pleadings sent to creditors or other parties in interest pursuant to **Fed. R. Bankr. P. 2002**

    Respectfully submitted,

    /s/ Michael McCormick
    Michael McCormick, TN Bar No. 025180
    MCCALLA RAYMER, LLC
    1544 Old Alabama Road
    Roswell, GA   30076
    Phone: 678-281-3918 / Fax: 866-894-4211
    Michael.McCormick@mccalla.com